UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| JASON KRATZ, | Civil No. 6:16-CV-00261-MC |
| Plaintiff, | |
| v. | ORDER FOR REMAND |
| CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security, | |
| Defendant. | |

Based on the stipulation of the parties,

IT IS ORDERED that the above-captioned case be reversed and remanded to the Commissioner of Social Security for further administrative proceedings. On remand, the Administrative Law Judge will reassess the claimant's symptoms as set forth in SSR 16-3p and 20 CFR 416.929, reevaluate the claimant's residual functional capacity assessment, and reassess steps four and five with the assistance of a vocational expert, as necessary.

This case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g). Upon proper presentation, this Court will consider Plaintiff's application for reasonable attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

IT IS SO ORDERED this __27__ day of __July__, 2016.

_____
UNITED STATES DISTRICT JUDGE
Michael J. McShane